UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JHONY PIERRE,<br>Plaintiff,<br>v.<br>700 SOUTH STATION, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 26-11631-WGY |

**ORDER**

~~**August**~~ September 10, **2026**

YOUNG, D.J.

On July 23, 2026, the Court issued an order directing pro se plaintiff Jhony Pierre to (1) pay the filing fee or a renewed motion for leave to proceed in forma pauperis; and (2) file an amended complaint. (Dkt. No. 5). The Court stated that failure to do so within twenty-eight (28) could result in dismissal of this action without prejudice.

The deadline for responding to the July 23, 2026 order has elapsed without any response from Pierre. Accordingly, this action is DISMISSED without prejudice.

SO ORDERED.

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE